J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc. )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>Farzana Ghias, an individual and d/b/a Hip Hop )<br>Shoes and Hip Hop Shop and Does 1 through 10, )<br>inclusive, )<br>)<br>Defendants. )<br>) | Case No.<br><br>C 07 5280<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 16, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff, Nike, Inc.

Nike, Inc. v. Ghias: Notice of Interested Parties        - 1 -